UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. 4:09cv00251-RH/WCS

VERA BECTON,

        Plaintiff,

vs.

CHICO'S FAS, INC.,

        Defendant.

_____/

### DEFENDANT'S MOTION TO COMPEL

Defendant, Chico's FAS, Inc., pursuant to Federal Rule of Civil Procedure 37, respectfully requests entry of an order compelling Plaintiff, Vera Becton, to provide answers to Defendant's First Set of Interrogatories and to produce all documents in her possession, custody or control that are responsive to Defendant's First Request for Production of Documents. In support of this motion, Defendant states as follows:

### FACTUAL BACKGROUND

1. On July 24, 2009, Defendant served on Plaintiff, by mail, its First Set of Interrogatories and First Request for Production of Documents (the "Discovery Requests").

2. Pursuant to Federal Rules of Civil Procedure 33(b)(2), 34(b)(2)(A), and 6(d), Plaintiff's responses to the Discovery Requests were due to be served within thirty-three days, or by August 26, 2009.

3. Plaintiff subsequently requested, and Defendant agreed, to an extension of time through September 29, 2009 for Plaintiff to serve her responses to the Discovery Requests.

4. To date, Defendant has not received responses to the Discovery Requests.

Firmwide:92413163.1 049970.1012

WHEREFORE, Defendant respectfully requests entry of an order compelling Plaintiff to respond and produce all documents responsive to Defendant's First Request for Production of Documents, and to provide complete answers to Defendant's First Set of Interrogatories, within ten days, failing which this action shall be dismissed.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

I certify that, prior to filing this motion, I conferred with counsel for Plaintiff in an effort to resolve by agreement the issues raised in this motion. Plaintiff's counsel indicated that he does not oppose the motion, but that he has been unable to reach Plaintiff to obtain information needed to respond to the Discovery Requests.

Respectfully submitted,

*s/ Gaye L. Huxoll*
Lori A. Brown (Fla. Bar No. 846767)
Email: labrown@littler.com
Gaye L. Huxoll (Fla. Bar No. 149497)
Email: ghuxoll@littler.com
LITTLER MENDELSON, P.C.
*Counsel for Defendant*
One Biscayne Tower, Suite 1500
2 South Biscayne Boulevard
Miami, Florida 33131-1804
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served by Notice of Electronic Filing this 9th day of October, 2009, on: James Garrity, Esq., Marie A. Mattox, P.A., *Counsel for Plaintiff*, 310 E. Bradford Road, Tallahassee, Florida 32303.

*s/ Gaye L. Huxoll*
Gaye L. Huxoll

Firmwide:92413163.1 049970.1012