# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

VERA BECTON,

    Plaintiff,

v.                                                    CASE NO. 4:09cv251-RH/WCS

FLORIDA DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 22). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on December 11, 2009.

                                              s/Robert L. Hinkle
                                              United States District Judge